**SUBT**
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
**BENJAMIN DURHAM LAW FIRM**
601 South Tenth Street
Las Vegas, Nevada 89101
P: (702) 631-6111
F: (702) 946-1396
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>     *vs.*<br><br>MARK JONES,<br><br>          *Defendant.* | Case no. 2:15-cr-18 |

**SUBSTITUTION OF ATTORNEY**

COMES NOW the Defendant, MARK JONES, and hereby substitutes BENJAMIN C. DURHAM, ESQ., of BENJAMIN DURHAM LAW FIRM, as Defendant's attorney of record in the above-entitled action, in place and stead of the Public Defender, on this 10 day of March, 2015.

By: ____/s/ Mark Jones____
MARK JONES

BENJAMIN C. DURHAM, ESQ., of BENJAMIN DURHAM LAW FIRM, hereby accepts and consents to the above and foregoing substitution as attorney of record for Defendant MARK JONES in the above-entitled action, in place and stead of the Public Defender, on this 10 day of March, 2015.

BENJAMIN DURHAM LAW FIRM

By: ____/s/ Benjamin Durham____
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684

The Public Defender hereby consents to the above and foregoing substitution of BENJAMIN C. DURHAM, ESQ., of BENJAMIN DURHAM LAW FIRM, as attorney of record for Defendant MARK JONES in the above-entitled matter.

DATED this 19 day of March, 2015.

FEDERAL PUBLIC DEFENDER

By:     */s/ Shari Kaufman*
Shari Kaufman, Esq.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    March 23, 2015

**CERTIFICATE OF SERVICE**

I certify that all parties to this action are registered members of the District Court's efiling system, and that service was accomplished via filing this pleading with the efiling system on the 20th day of March, 2015.

BENJAMIN DURHAM LAW FIRM

By:     */s/ Benjamin Durham*
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
*Attorney for Defendant*