**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK JONES,<br><br>        Defendant. | 2:15-cr-00018-APG-VCF<br>**ORDER** |

    Before the Court is Defendant Mark Jones' Motion to Amend Conditions of Pretrial Release (ECF No. 138).

    IT IS HEREBY ORDERED that any opposition to the Defendant Mark Jones' Motion to Amend Conditions of Pretrial Release (ECF No. 138) must be filed on or before April 6, 2017.

    DATED this 30th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE